United States District Court

Eastern District of California

George E. Cross,

    Plaintiff,  No. Civ. S 05-0258 FCD PAN P

  vs.  Order

M. Wilcox, et al.,

    Defendants.

-oOo-

    Plaintiff, a prisoner without counsel, moves to file an amended complaint. <u>See</u> Fed. R. Civ. P. 15(a). Defendants have filed a notice of non-opposition.

    The second-amended complaint states cognizable claims for relief against defendants M. Wilcox, the County of Sacramento, John Doe 1 and John Doe 2 pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). Defendants M. Wilcox and the County of Sacramento already have been served.

    Plaintiff must act with haste to discover the identities of

the Doe defendants and to file a second-amended complaint identifying them.  See Fed. R. Civ. P. 4(m).

Accordingly, the court hereby orders that:

1.  Plaintiff's July 19, 2005, motion to file an amended complaint is granted;

2.  Defendants M. Wilcox and the County of Sacramento have 30 days from the date of this order to file and serve an amended answer.

Dated:  August 30, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge