1

2

3

4

5

6

7

8                         United States District Court

9                        Eastern District of California

10

11

12  George E. Cross,

13          Plaintiff,                   No. Civ. S 05-0258 FCD PAN P

14      vs.                              Order

15  M. Wilcox,

16          Defendant.

17                               -oOo-

18      August 25, 2005, plaintiff filed interrogatories and a

19  request for production of documents.

20      Interrogatories, requests for production, requests for

21  admission, responses and proofs of service thereof "shall not be

22  filed with the clerk until there is a proceeding in which the

23  document or proof of service is at issue.  When required in a

24  proceeding, only that part of the request and response that is in

25  issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-

26  250(c).

1    The court will take no action on plaintiff's August 25,
2    2005, interrogatories and request for production of documents.
3    So ordered.
4    Dated:  September 8, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge