United States District Court

Eastern District of California

George E. Cross,

        Plaintiff,                        No. Civ. S 05-0258 FCD PAN P

  vs.                                   Order

M. Wilcox,

        Defendant.

-oOo-

    September 28, 2005, plaintiff filed a request for production of documents and October 24, 2005, plaintiff filed a request for admissions.

    Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue.  When required in a proceeding, only that part of the request and response that is in issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-

250(c).

Accordingly, the court takes no action on plaintiff's September 28, 2005, request for production of documents and October 24, 2005, request for admissions.

So ordered.

Dated: October 25, 2005.

                                   /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

2