United States District Court

Eastern District of California

George E. Cross,

       Plaintiff,                                  No. Civ. S 05-0258 FCD PAN P

  vs.                                                 Order

M. Wilcox,

       Defendant.

-oOo-

November 22, 2005, plaintiff filed requests for production of documents and for admissions.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

1    Accordingly, the court takes no action on the November 22,
2 2005, requests for production of documents and for admissions.
3    So ordered.
4    Dated:  December 1, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge