United States District Court

Eastern District of California

George E. Cross,

        Plaintiff,                  No. Civ. S 05-0258 FCD PAN P

   vs.                              Order

M. Wilcox,

        Defendant.

                           -oOo-

    December 2, 2005, plaintiff filed a request for production of documents and a request for admissions.

    Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

1   Accordingly, I take no action on plaintiff's December 2,
2   2005, discovery requests.
3   So ordered.
4   Dated:  December 6, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge