1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 GEORGE E. CROSS,

11           Plaintiff,                  No. CIV S-05-0258 FCD PAN P

12    vs.

13 M. WILCOX, et al.,

14           Defendants.          ORDER

15 _____/

16        Plaintiff is a prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.

17 On March 17, 2006, plaintiff filed three documents styled, "Sanction Request," "Discovery

18 Request FRCP 26(b)," and "Exhibits to Compel Discovery," which the court construes together

19 as a motion to compel discovery.

20        Plaintiff did not attach the proof of service required by Fed. R. Civ. P. 5 and Local

21 Rule 5-135(b), (c). Plaintiff must comply with these rules by showing that he mailed a copy of

22 all the documents supporting his motion to defense counsel. See L.R. 5-135(f).

23        Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days from the date

24 of this order to serve copies of his "Sanction Request," "Discovery Request FRCP 26(b)," and

25 /////

26 /////

"Exhibits to Compel Discovery," on defense counsel and to submit to the court evidence that he

has done so.

DATED: April 24, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\cros0258.ord to svc mtc