IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE CROSS,

    Plaintiff,                      No. CIV S-05-0258 FCD PAN P

    vs.

M. WILCOX, et al.,

    Defendants.                  <u>ORDER</u>

/

    Counsel for defendants has informed the court that the parties have settled the above-captioned case, and has forwarded a stipulation of dismissal and settlement agreed to plaintiff for his signature.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 18, 2006. All hearing dates currently set in this matter are hereby vacated. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: July 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; cros0258.045

1