IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE E. CROSS,

      Plaintiff,                            No. CIV S-05-0258 FCD EFB P

      vs.

M. WILCOX, et al.,

      Defendants.             ORDER

_____/

     Plaintiff is a prisoner without counsel prosecuting this civil rights action. *See* 42 U.S.C. § 1983. On July 13, 2006, the parties notified the court that they reached a settlement agreement and on September 18, 2006, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

     Accordingly, it is ORDERED that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: September 25, 2006

                                           /s/ Frank C. Damrell Jr.
                                           FRANK C. DAMRELL JR.
                                           United States District Judge